The People of the State of New York, Respondent,
against
Eugene Miglio, Defendant-Appellant.



Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (John Cataldo, J.H.O.), rendered November 28, 2012, after a nonjury trial, convicting him of trespass, and imposing sentence.




Per Curiam.
Judgment of conviction (John Cataldo, J.H.O.) rendered, November 28, 2012, reversed on the law, accusatory instrument dismissed, fine and surcharge, if paid, remitted.
Reversal of the judgment convicting defendant of trespass and dismissal of that charge is mandated since, as the People concede, the allegations in the accusatory instrument were jurisdictionally insufficient to meet the elements of the charged crime (see Penal Law § 140.05).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: March 14, 2018